1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# United States District Court
# Central District of California

ANNETTE GRIND,

              Plaintiff,

     v.

FUTURE INCOME PAYMENTS LLC;
and DOES 1–50, inclusive,

            Defendants.

Case № 2:16-cv-5009-ODW (AFM)

**ORDER TO SHOW CAUSE**

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

The Court **ORDERS** Plaintiff to **SHOW CAUSE**, no later than **October 11, 2016**, why the Court should not dismiss Defendant Future Income Payments LLC for failure to effect service of process within the Rule 4(m) period.  The Court will discharge this Order upon the filing of a proof of service as to Defendant.  Failure to timely respond to this Order may result in the dismissal of the foregoing Defendant without further warning from the Court.

**IT IS SO ORDERED.**

September 19, 2016

_____

**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**