1
2
3
4
5
6
7
8
# United States District Court
## Central District of California

9

10

11  ANNETTE GRIND,                          Case № 2:16-cv-5009-ODW (AFM)

12                    Plaintiff,

13           v.                             **ORDER TO SHOW CAUSE**

14  FUTURE INCOME PAYMENTS LLC;
    and DOES 1–50, inclusive,
15
16                    Defendants.

17  / / /

18  / / /

19  / / /

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

The Court discharges the OSC re: failure to serve Defendant Future Income Payments LLC.  (ECF No. 10.)

The Court **ORDERS** Plaintiff to **SHOW CAUSE**, no later than **October 3, 2016**, why the Court should not dismiss Defendant Future Income Payments LLC without prejudice for lack of prosecution.  The Court will discharge this Order upon the filing of a request for entry of default as to Defendant Future Income Payments LLC.  Failure to timely respond to this Order may result in the dismissal of the foregoing Defendant without further warning from the Court.

**IT IS SO ORDERED.**

September 21, 2016

_____

**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**